1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  | WILLIAM BRADLEY,                                        CASE NO. 1:10-cv-1618-LJO-MJS (PC)

10 |                        Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                                            RECOMMENDATIONS AND DENYING
11 |        v.                                              PLAINTIFF'S MOTION FOR LIBRARY
                                                            ACCESS
12 | J. VILLA, et al.,
                                                            (ECF No. 7 & 9)
13 |                        Defendants.
   | _____/                 AMENDED COMPLAINT DUE 12/22/2010
14

15        Plaintiff William Bradley, a state prisoner proceeding pro se and in forma pauperis, has filed

16 this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

17 States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18        On October 7, 2010, the Magistrate entered Findings and Recommendation recommending

19 that Plaintiff's Motion for Law Library Access be denied.  (ECF No. 8.)  On October 8, 2010, before

20 Plaintiff had been served with the Magistrate Judge's Findings and Recommendation, Plaintiff filed

21 a second request for access to the law library.  (ECF No. 9.)  Plaintiff filed objections to the Findings

22 and Recommendation on October 14, 2010.  (ECF No. 10.)

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

24 de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

25 and Recommendations to be supported by the record and by proper analysis.  The Court also finds

26 that the analysis in the Findings and Recommendation is applicable to Plaintiff's second motion for

27 access to the law library.

28        Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed

1

1   October 7, 2010 is ADOPTED in full.  Plaintiff's Motions for Law Library Access (ECF Nos. 7 &

2   9) are DENIED.

3        In his Objections to the Findings and Recommendation, Plaintiff mentioned a desire to file

4   an amended complaint.  The Court construes this as a Motion for Leave to File an Amended

5   Complaint; such Motion is GRANTED.  Plaintiff's Amended Complaint shall be filed not later than

6   **December 22, 2010**.  If Plaintiff did not intend to request leave to file an amended complaint, he

7   should notify the Court and it will move forward with screening his original complaint.

8                IT IS SO ORDERED.

9   **Dated:    November 9, 2010**                        **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28