UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADLEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>J. VILLA, et al.,<br><br>        Defendants. | 1:10-cv-01618-LJO-GSA-PC<br><br>ORDER GRANTING PLAINTIFF's MOTION<br>(Doc. 22.)<br><br>THIRTY DAY EXTENSION OF TIME IN WHICH TO RETURN SERVICE DOCUMENTS TO COURT |

   William Bradley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. §1983.  Plaintiff filed the Complaint commencing this action on September 8, 2010.  (Doc. 1.)  On April 16, 2013, the court issued an order requiring Plaintiff to complete and return documents to the court to enable service of process upon defendants, within thirty days.  (Doc. 21.)  On May 16, 2013, Plaintiff filed a motion requesting assistance from the court.  (Doc. 22.)

   Plaintiff asserts that he is unable to comply with the court's order within thirty days because he has not been granted access to the law library to make copies.  Plaintiff explains that he has requested law library access and notified prison officials of his court deadline, but he has not been allowed to attend the law library.  Plaintiff requests a court order requiring the Warden and the Librarian to allow him to attend the law library and make copies, so that he can comply with the court's order.

The court lacks jurisdiction to issue the order sought by Plaintiff.  See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985).  However, Plaintiff shall be granted a thirty-day extension of time in which to return the service documents to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion requesting the court's assistance, filed on May 16, 2013, is GRANTED; and

2. Within **thirty days** of the date of service of this order, Plaintiff shall complete and return the service documents to the court, pursuant to the court's order of April 16, 2013.

IT IS SO ORDERED.

Dated:   **May 22, 2013**                             **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE